UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH FLORES SANCHEZ,<br><br>    Plaintiff,<br><br>    v.<br><br>JOHN DOE, JOHN DOE, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, JOHN DOE, JANE DOE, MARGARET GILBERT, JANE 1-3 DOE, DENNIS CHERRY, JOHN DOE CORNWELL,<br><br>    Defendants. | CASE NO. 3:16-CV-05201-BHS-DWC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this civil rights Complaint pursuant to 42 U.S.C. § 1983. *See* Dkt. 1. Presently before the Court is Plaintiff's Motion for Reconsideration for Denying Appointment of Counsel ("Motion"). Dkt. 11. After reviewing the Motion and relevant record, the Court denies the Motion as it does not meet the standard outlined in Local Civil Rule 7(h).

1    In his Motion, Plaintiff seeks reconsideration of the Court's Order denying Plaintiff's Motion for Appointment of Counsel. Dkt. 11. On April 22, 2016, the Court denied Plaintiff's Motion for Appointment of Counsel (Dkt. 8) because Plaintiff did not show (1) the case involves complex facts or law; (2) an inability to articulate the factual basis of his claims in a fashion understandable to the Court; or (3) he is likely to succeed on the merits of his case. Dkt. 10.  In his Motion, Plaintiff reiterates he needs court appointed counsel because he lacks the skill and knowledge to present his case and will fail without the assistance of counsel. Dkt. 11.

Pursuant to Local Civil Rule 7(h), motions for reconsideration are disfavored and will be denied absent a showing of manifest error or a showing of new facts or legal authority which could not have been presented earlier with reasonable diligence.

Plaintiff has not met the standard outlined in Local Civil Rule 7(h). Plaintiff fails to show a manifest error in the Court's prior ruling. Plaintiff also fails to provide new facts or legal authority which could not have been presented earlier or show this case presents an "exceptional circumstance" requiring the appointment of counsel. *See Rand v. Roland*, 113F.3d 1520, 1525 (9th Cir. 1997), *overruled on other grounds*, 154 F.3d 952 (9th Cir. 1998); *Wilborn v. Escalderon*, 789 F.2d 1328, 1331 (9th Cir. 1986).

As the Motion does not meet the standard outlined in Local Civil Rule 7(h) or show appointment of counsel is appropriate at this time, Plaintiff's Motion for Reconsideration is denied.

Dated this 5th day of May, 2016.

David W. Christel
United States Magistrate Judge