UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JOSEPH FLORES SANCHEZ,<br><br>Plaintiff,<br><br>v.<br><br>JOHN DOE, JOHN DOE, WASHINGTON STATE DEPARTMENT OF CORRECTIONS, JOHN DOE, JANE DOE, MARGARET GILBERT, JANE 1-3 DOE, DENNIS CHERRY, JOHN DOE CORNWELL,<br><br>Defendants. | CASE NO. 3:16-CV-05201-BHS-DWC<br><br>ORDER ON PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

Plaintiff, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983. *See* Dkt. 1. Presently before the Court is Plaintiff's "Motion for Leave to File Amended Complaint" ("Motion"). Dkt. 13. In his Motion, Plaintiff requests Defendant John Doe Cornwell be changed to Michael Cornwell in the heading of his Amended Complaint in order to properly serve Defendant Cornwell. *Id.* A review of the docket shows, Michael Cornwell returned the waiver of service form mailed to "John Doe Cornwell." *See* Dkt. 16.

ORDER ON PLAINTIFF'S MOTION FOR LEAVE
TO FILE AMENDED COMPLAINT - 1

1  Therefore, Defendant Michael Cornwell has received a copy of the Amended Complaint and has
2  agreed to waive service.
3      Plaintiff's Motion is granted as follows: The Clerk is directed to replace Defendant John
4  Doe Cornwell with Defendant Michael Cornwell. As the parties appear to agree the defendant
5  referenced in the Amended Complaint is Defendant Michael Cornwell, Plaintiff is not required to
6  file an amended complaint substituting Michael Cornwell for John Doe Cornwell.
7      Dated this 26th day of May, 2016.

                                      David W. Christel
                                      United States Magistrate Judge