1

2

3

4

5

6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7

8

9

10

11

12

JOSEPH FLORES SANCHEZ,

Plaintiff,

v.

JOHN DOE, et al.,

Defendants.

CASE NO. C 16-5201BHS-DWC

ORDER DECLINING TO ADOPT
REPORT AND
RECOMMENDATION

13   This matter comes before the Court on the Report and Recommendation ("R&R")

14  of the Honorable David W. Christel, United States Magistrate Judge (Dkt. 31), and

15  Plaintiff Joseph Flores Sanchez's ("Sanchez") notice of change of address (Dkt. 33).

16   On September 9, 2016, Judge Christel issued the R&R recommending that the

17  Court dismiss Sanchez's complaint without prejudice for failure to keep his current

18  address on file with the Court.  Dkt. 31.  On September 22, 2016, Sanchez filed a notice

19  of change of address indicating his new address in the Grays Harbor County Jail.  Dkt.

20  33.  Sanchez also indicates that, during the time his mail was returned as undeliverable,

21  he was homeless.  *Id.*

22

1    The Court declines to adopt the R&R and dismiss Sanchez's claims because he

2  has updated his address.  Accordingly, the Court refers the matter for further proceedings.

3    **IT IS SO ORDERED**.

4    Dated this 26th day of September, 2016.

5

6    _____

7    BENJAMIN H. SETTLE
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

ORDER - 2