UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOSEPH FLORES SANCHEZ,

    Plaintiff,

v.

JOHN DOE, et al.,

    Defendants.

CASE NO. C16-5201BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable David W. Christel, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**.

(2) Defendants' Motion for Summary Judgment (Dkt. 23) is granted; all Defendants, including the Doe Defendants, are dismissed; and this case is now closed.

Dated this 28th day of February, 2017.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER